IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-9

Erin RUNYAN and Sean LANDO,

    Plaintiffs,

v.

Geoffrey FEY,

    Defendant.

_____

**COMPLAINT AND JURY DEMAND**
_____

The Plaintiffs, Erin Runyan and Sean Lando by and through their attorney, Alison Ruttenberg, complain against the Defendant as follows:

**JURISDICTION OF THE COURT**

1. Jurisdiction is conferred on this Court pursuant to Title 28 USC §1332(a)(1) and (c)(1). The Plaintiffs are citizens of Florida, and the Defendant is a citizen of Colorado. The amount in controversy exceeds the sum of $75,000.

2. Venue is proper in the District of Colorado pursuant to 28 USC §1391(b). Events relevant to the claims set forth in this Complaint occurred within Boulder County, Colorado. The Plaintiffs seek injunctive relief, and the value of this injunction exceeds $1,000,000 to protect their reputations.

**PARTIES**

3. Erin Runyan, also known as Erin Fey, is the ex wife of the Defendant, Geoffrey Fey.

4. Sean Lando is a Commander in the United States Navy and is stationed in Florida. He was commissioned in 1997, and spent time as an enlisted member in the US Air Force before being commissioned. He has three Masters Degrees, and is considered a Ph.D. candidate. He is a former Naval Aviator and is currently the Director of Training Technology at the Naval Survival Training Institute Headquarters. Sean Lando met Erin Fey in Colorado and began dating her in 2013 after she was separated from the Defendant. They moved to Florida to start a new life together after Ms. Runyan's eleven year old daughter died in May 2013.

5. The Defendant is one of the sons of legendary Rock Concert Promoter Barry Fey, and has been a resident of Colorado for decades. He and Erin Runyan were married on May 20, 2000. Their only child, A.F. was

born in 2001. They separated on August 4, 2012 and their divorce was final on July 30, 2014.

## FACTUAL BACKGROUND

6. By 2012, A.F. was in fragile health and suffered from Crohn's disease. Mr. Fey was acting increasingly erratic, both personally and professionally and had trouble keeping a job. The parties became estranged, and Ms. Runyan had an affair with, S.S. When Mr. Fey found out about the affair, he reacted with violence.

7. On August 4, 2012, the day after A.F.'s eleventh birthday, Mr. Fey picked up a gun, and started waving it around in front of A.F., threatening to murder S.S., and his wife and children. A.F. was hysterical and insisted that Ms. Runyan leave the house with her because A.F. was afraid that Mr. Fey was also going to murder them as well. Ms. Runyan and A.F. packed their bags and went to her Mother's house. Mr. Fey initiated the divorce action, (Douglas County Case 12DR1035) four days later.

8. Mr. Fey was charged with Menacing, Harassment and Domestic Violence in Douglas County case 2012M1590 as a result of this August 4, 2012 incident. Mr. Fey was arrested and bonded out of jail on August 5, 2012. He immediately resumed the harassment by going to Ms. Runyan's mother's house, driving by obsessively and revving the engine on

his motorcycle. He pounded on the front door yelling, "let me in." A.F. was spending most of her time in the bathroom because it was the only place she felt safe. She was so afraid that she was shaking and vomiting. A Douglas County Sheriff's Officer arrived, told Mr. Fey that A.F. was safe, and instructed Mr. Fey to leave no less than three times. An hour later, Mr. Fey came back and tampered with Ms. Runyan's vehicle. He then parked across the street and tried to motion to A.F. through the window. A.F. ran to the bathroom to hide. As a result of these actions, Mr. Fey was charged with more Domestic Violence in Douglas County case 2012M1580. A mandatory protection order was entered.

9. On September 10, 2012, Ms. Runyan applied for a protection order in the divorce proceedings, which was granted on September 19, 2012. Mr. Fey continued to violate the protection orders and was charged in Douglas County Court cases 2012M1921, 2013M141 and 2013M930. One of these arrests occurred at Mr. Fey's job site, Anthony's Pizza, which caused Mr. Fey to lose his job. An example of Mr. Fey's stalking behavior that led to these VPO charges took place in January 2013 when Ms. Runyan went to her workout class at the Highlands Ranch Recreation Center. The class ran on the track for part of the class and the instructor, Ryan Olson, stood at the entrance of the track to cheer them on. Mr. Fey stood right next

to Mr. Olson screaming: "Erin Runyan is a slut." Mr. Olson asked him to leave, and then Mr. Fey started threatening Mr. Olson.

10. Mr. Fey was only permitted to have two supervised visitation sessions with A.F. per week. These sessions were supervised by the court ordered supervised therapist, Barbara Shindell. Immediately prior to A.F.'s death, Ms. Shindell concluded that she could do no more for A.F. and could not protect A.F. from the emotional instability of Mr. Fey. According to Ms. Shindell, what typically happens in these supervised visitation cases is that in the first few sessions, she would sit by the child and then would move to her desk in the back of the room and would just observe the parent and child. However, in the case of A.F., they could never move beyond that point because A.F. never felt comfortable with Ms. Shindell leaving her side. A.F. was too terrified of her father's bizarre behavior and would not leave Ms. Shindell's side when she was in a room with Mr. Fey. Ms. Runyan drove A.F. to these supervised visits, and she would have to pull over to a gas station or a grocery store because A.F. was physically ill and vomiting because she was so apprehensive about having to see her father. There were many visits when Ms. Runyan took A.F. to Ms. Shindell's office, and Mr. Fey would be in the lobby singing at the top of his lungs and dancing. It was very bizarre behavior and it frightened A.F.

11. In late 2012, Mr. Fey initiated a frivolous civil action against Ms. Runyan's paramour, S.S., in Denver County Court case 12W1824. Mr. Fey was seeking a protection order against Mr. S. and Mr. S's 11 year old son. A hearing was held on December 11, 2012. Mr. Fey subpoenaed Mr. S's wife to this hearing just so he could ask her embarrassing questions. It was frivolous and vexatious to call Mrs. S. as a witness for this purpose and the Judge admonished Mr. Fey and then dismissed the case.

12. On or about March 12, 2013, Ms. Runyan filed a motion for leave to relocate with A.F. to Clearwater, Florida to live with Ms. Runyan's father. Because of Mr. Fey's actions and his failure to support A.F. after he lost his job, Ms. Runyan was unable to avoid a foreclosure on the family home, and the sale date was scheduled for May 2013. Due to Mr. Fey's actions, and resulting financial stress that was placed on the family, Ms. Runyan and A.F. would no longer have a place to live and they needed to move to a safe location. While this motion was pending in the divorce case, A.F. suffered a stroke, as a result of her Crohn's disease, and was hospitalized at Rocky Mountain Children's Hospital.

13. On April 22, 2013, Mr. Fey and the District Attorney entered into a disposition. Mr. Fey pleaded guilty and entered into an agreement for a deferred sentence in 2013M141. The other criminal cases that were

pending on that date were dismissed. (The last criminal case was filed as a result of Mr. Fey's conduct at A.F.'s funeral in June 2013, but was dismissed a short time later in the interest of justice and compassion.) There was no finding or determination by any Court or the District Attorney that Ms. Runyan had lied or exaggerated; the global disposition was made in the interests of justice. By this time, Mr. Fey's father, Barry Fey, was in poor health and Mr. Fey moved into his Father's Cherry Hills home to care for him.

14. On or about April 27, 2013, Mr. Fey's father passed away. Mr. Geoffrey Fey was removed from the Children's Hospital and was not allowed to see A.F. because of his bizarre behavior that frightened A.F. However, after much negotiation, A.F. was allowed to go to Barry Fey's funeral, under the supervision of other family members. The funeral took place during the brief period of time that A.F. was healthy enough to leave the hospital, but then she suffered a second stroke.

15. After A.F.'s second stroke, she was in a coma and never revived. In the days before her death, when Scott Runyan (Ms. Runyan's brother) was in A.F.'s hospital room, Mr. Fey arrived with his mother, two of his brothers and a sister in law. Mr. Fey demanded that Mr. Runyan leave the room. Mr. Runyan calmly replied that he had every right to be

with A.F., that they were very close and he loved her very much. This set Mr. Fey into a rage; he turned bright red and yelled at Mr. Runyan as spit flew from his mouth. He pointed his finger in Mr. Runyan's face and said, "I promise I will get you, your time will come. You planted illegal drugs in my home. I will get you." Mr. Runyan stayed calm as his niece lay in a coma just next to him. He might had said something along the lines of, "Okay Geoff." As Mr. Runyan was backing up towards the door to leave, Mr. Fey threatened: "*I will kill you*," as he pointed at Mr. Runyan. Tyler Fey, Mr. Fey's brother, then followed Mr. Runyan into the hall as Mr. Runyan walked away. This incident was reported to the hospital nurse on duty. Shortly after that, two hospital security officers came out to question Mr. Runyan and informed Mr. Runyan that Mr. Fey was ordered to leave the building and that Mr. Runyan could stay with A.F.

16. A.F. died on May 25, 2013. Mr. Scott Runyan organized a celebration of life to honor A.F. on Saturday June 1, 2013. Mr. Runyan invited Mr. Fey and his family to this celebration because he did not want to stir the pot and was afraid of what Mr. Fey would do if he did not receive an invitation. During this event, Mr. Fey approached Sean Lando (who by now was dating Ms. Runyan) and stuck his finger in Mr. Lando's face and falsely accused Mr. Lando of brutally raping his daughter, for being responsible for

his daughter's death, and Mr. Fey threatened Mr. Lando with bodily harm. Mr. Runyan stepped between the two, placed his hand on Mr. Fey's shoulder to get his attention and calmly said: "you need to leave." Mr. Fey turned to Mr. Runyan and responded in a threatening and menacing tone, with the body language to match: "get your hand off me, ***I will kill you***." Mr. Fey's brother, Jeremy Fey, escorted Mr. Fey from the building. However, minutes later, Mr. Fey returned into the building and resumed his threats against Mr. Lando. This time, one of the Church's pastors told Mr. Fey to leave and that the police would be called.

17. On Monday June 3, 2013, Mr. Runyan and Mr. Lando applied for civil protection orders against Mr. Fey, Douglas County case numbers 2013C175 and 2013C176. Temporary protection orders were issued. These cases were based on credible allegations, set forth above, and were not brought for vexatious or litigious reasons. New criminal charges were also filed against Mr. Fey on June 3, 2013 regarding the incident in the Church, Douglas County case 2013M930.

18. The hearing for permanent restraining orders in Douglas County case numbers 2013C175 and 2013C176 was set for June 17, 2013. Mr. Runyan and Mr. Lando did not appear due to a mix up with the District Attorney's office as to the correct dates. Mr. Runyan and Mr. Lando were

mistakenly told that all the hearings were scheduled for all three cases on June 19, 2013 -- which was when the next hearing was scheduled in Douglas County case 2013M930.  Mr. Runyan asked the victim's advocate whether he had to be in court for this hearing, and the victim's advocate thought he was referring to just the hearing in the criminal case.  Mr. Runyan did not want to be in the same room as Mr. Fey.  The victim's advocate told Mr. Runyan that he did not have to be present.  Therefore, both Mr. Runyan and Mr. Lando mistakenly did not attend the hearing to make the temporary protection orders in 2013C175 and 2013C176, and the Court vacated the temporary protection orders and dismissed the cases.

19. On July 1, 2013, Mr. Fey posted a bizarre message to his Facebook wall:  "The Lioness of God After 30 days of mourning, I realize I have what no judge could give me and what no liar could take from me.  I know the truth and I have her soul 24-7-365.  No Florida, No termination of my rights, No more using this child as a weapon to hurt the man she loved.  We all lose."  When he first posted this, the last sentence was "you all lose," which he then changed to make it seem a little less threatening.  Mr. Fey has been taking the position that Ms. Runyan's motion for permission to take A.F. to Florida was denied because the Judge in the divorce proceedings rule against Ms. Runyan.  This is false.  The matter became moot when A.F.

passed away. There was no Court Order denying Ms. Runyan's motion or any finding that Ms. Runyan's motion was unfounded.

20. On August 14, 2013, Mr. Fey's psychologist, Dr. David L. Becker, wrote a letter to the divorce court and stated that in his "professional opinion that it is important for Mr. Fey to suspend legal proceedings involving his divorce at this time. The entire process involves re-traumatizing him on many subjects, including the very recent death of his daughter." Mr. Fey used this letter to delay the divorce proceedings and avoid an October, 2013 permanent orders hearing. However, on September 30, 2013, Mr. Fey initiated a frivolous lawsuit against Ms. Runyan's brother, Douglas County Case 13CV1025 (Geoffrey Fey v. Scott Runyan). Mr. Fey engaged in sanctionable behavior in this case, and was ordered to pay attorney fees pursuant to CRCP Rule 11. Mr. Fey ended up agreeing to dismiss this case.

21. In October 2013, Mr. Fey made a frivolous report to the Department of Social Services that Mr. Lando was molesting his children. Mr. Lando's children were pulled from their school class by county officials and questioned before it was determined that the allegations of abuse were baseless. Mr. Lando's children live in Colorado with his ex-wife, and he has visitation in Florida during school vacations.

22. After initiating the lawsuit against Mr. Scott Runyan, Mr. Fey set up a website directed at Erin Runyan at http://www.pinterest.com/tencomandments/the-truth.  On this website, in his 2013 postings, he accused her of being a slut and a whore.  This website consists of a disturbing conglomeration of images, depicting a noose, a woman covered in blood and various harassing statements directed at Ms. Runyan, such as:  "our love story started when I deserted my wife and kids to screw my co-worker;" "some people are just terrible human beings;" "do not ever doubt my ability to find shit out;" "Karma's only a bitch if you are;" "every cheater is a coward at heart;" "every time I see you all I hear in my heart is SLUT;" "so many f***ing lies;" "~~I forgive~~ f*** you;" "You really are a stupid, ugly home-wrecker… and I'm better than you;" "You are so much worse than a cheater.  You killed something.  And you killed it when its back was turned;" and "OOPS YOU'RE A WHORE."

23. Mr. Fey and Ms. Runyan met in the offices of Mr. Fey's attorney on July 30, 2014 to sign the final divorce papers.  Ms. Runyan had to fly to Colorado and stay with a friend.  Mr. Fey had a process server waiting on the friend's doorstep to serve Ms. Runyan with a Complaint and Summons, in another civil lawsuit he filed:  Geoffrey Fey v. Erin Runyan, Douglas County District Court case 14CV30826.  Mr. Fey sued Ms. Runyan

for malicious prosecution, defamation and other unfounded causes of action for calling the police and causing the criminal charges to be filed against him in the five cases in Douglas County Court. Therefore, the Runyans are forced to defend themselves in another one of Mr. Fey's baseless legal actions. In this Douglas County case, Ms. Runyan filed her compulsory counterclaim in August 2014 and asserted a claim for damages for Mr. Fey's outrageous conduct from August 2012-August 2014. She did not assert a claim for defamation, nor did she amend or supplement her counterclaim to allege damages or request an injunction against Mr. Fey's increasingly erratic, defamatory and violent postings that took place from September 2014 - the present.

24. On or about September 14, 2014, Mr. Fey created a website, dedicated to harassing Mr. S. and Ms. Runyan with defamatory comments, www.simonesasia.wordpress.com. On this website, Mr. Fey accused Ms. Runyan and Mr. S. of causing A.F.'s death.

25. Mr. Fey has been posting new and more disturbing material on the Pinterest website and his Facebook page.

    a. On January 24, 2014, Mr. Fey posted on his Facebook that A.F. died as a "result of other's immorality, neglect, incompetence and malpractice. I will avenge her death, so help me God."

b. On or about September 14, 2014, Mr. Fey posted a defamatory entry on the "Cheaterville" website accusing Ms. Runyan of murdering A.F. He stated: "[Ms. Runyan] told [S.S.] that she loved him and he threw her to the curb, so to retaliate she hurt her only child and now her child is dead."

c. On September 23, 2014, Mr. Fey posted on Facebook that he was driving 100 mph through the French countryside, that he and A.F. were "tortured at the hands of the devil," that he "will not ever be whole again until [Mr. Fey and A.F.] are "reunited in death," and that A.F. was "a victim of homicide."

d. That same day, he amended his Pinterest website to also accuse Ms. Runyan of murder. He posted that "[Ms. Runyan] moved Sean Lando in with [A.F.]. Broke A.F.'s heart which lead to her death. Left her alone in the hospital to die all by herself."

e. On October 19, 2014, Mr. Fey emailed Mrs. S. with a harassing email chastising her for being friends with Ms. Runyan, and threating to hurt Mr. S.S. Mr. Fey stated in a profane tirade laced with spelling errors: "I am going to dedicate a large part of my life to ruining [S's] life. I will do everything winthin the law to hurt him. I do not forgive, nor will I ever…. Take this as a life time comitment, unlike your wedding

vows. I will not stop uniti I ruin his life for what he did to me and my duaghter. The closer you are to him the more you will get hurt. This is not a threat, this is a promiss."

    f.    On November 26, 2014, Mr. Fey texted Sean Lando's sister Shannon Lando and falsely accused Sean Lando of raping A.F. In the text to Shannon, Mr. Fey accused Mr. Lando of leaving "handprints" on A.F.'s legs, which, according to Mr. Fey, was proof that Mr. Lando raped A.F. There has never been a credible allegation by social services, law enforcement or the District Attorney, that A.F. was physically abused by anyone, much less raped. The only person ever accused of emotionally abusing A.F. is Mr. Fey.

    g.    On December 29, 2014, Mr. Fey posted a lengthy and defamatory post on his Facebook blog, calling Ms. Runyan a "cunt," accusing her of breaking more commandments than a serial killer, and once again accusing Ms. Runyan and Sean Lando, of raping and murdering A.F.

    h.    On December 30, 2014, Mr. Fey added a meme to his Pinterest website: "If Karma doesn't hit you, I fucking will."

    i.    The same day, Mr. Fey posted an instructional video to his Facebook page, demonstrating how to commit murder by stabbing someone to death. The link to this video (the site to where you are

redirected if the link on Mr. Fey's Facebook page is clicked) is: http://www.jpost.com/Arab-Israeli-Conflict/WATCH-Palestinian-instructional-video-on-how-to-stab-goes-viral-on-social-media-385942.  The threat to "hit" Ms. Runyan together with the video on stabbing to death, is not ambiguous, but a credible threat on Ms. Runyan's life.

26. The defamatory statements on the internet, published by Mr. Fey, against the Plaintiffs, as set forth in paragraphs 24-25 above, hold up the Plaintiffs to contempt or ridicule and is causing serious harm to their reputations. Mr. Lando never touched A.F., and Ms. Runyan never did anything whatsoever to hurt her daughter. A.F. tragically died of natural causes, something with Mr. Fey refuses to accept. Mr. Fey's defamatory statements are egregious and intolerable because his statements destroy the Plaintiff's reputations. Mr. Fey's statements are not his personal opinions, and imply verifiable facts that A.F. died alone, that A.F. raped and abused her, that A.F. died neglected and that A.F was the victim of homicide by Mr. Lando and Ms. Runyan. These are not merely highly biased opinions, but actionable defamation. Mr. Fey's statements are not constitutionally protected speech.

**CLAIM FOR RELIEF**
**For an injunction against defamatory speech**

27. The Defendant's internet postings, text messages, emails and other publications set forth in paragraphs 24-25 above are false, defamatory and libel per se.

28. The Plaintiffs are entitled to an injunction to compel the Defendant to remove all his websites containing defamatory publications about the Plaintiffs, and to enjoin the Defendant from re-publishing these defamatory statements in different or new website or otherwise repeating the defamatory statements.

29. The Plaintiffs seek damages in the amount of $75,000 to compensate them for their anxiety and pain and suffering for having the endure the stress caused by the Defendant's actions. .

WHEREFORE, the Plaintiffs pray for entry of judgment for their damages, in an amount of $75,000, together with pre and post judgment interest, an injunction against the Defendant compelling him to remove his defamatory postings and to not publish the same or similar defamatory statements in the future and all other relief the Court deems just and appropriate.

DATED January 4, 2015.

Respectfully submitted,

/s/ Alison Ruttenberg

Alison Ruttenberg
PO Box 19857
Boulder, CO  80308
(720) 317-3834
Fax:  (888) 573-3153
Ruttenberg@me.com

**Attorney for Plaintiffs**

Address of Plaintiff:

c/o William Runyan
PO Box 5146
Clearwater FL  33758