IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy:  Robert R. Keech  　　　Date:  June 10, 2015
Court Reporter:　　 Therese Lindblom

Civil Action No.  **15-cv-00009-RBJ**

<u>*Parties*</u>:　　　　　　　　　　　　　　　　　<u>*Counsel*</u>:

**ERIN RUNYAN AND**　　　　　　　　　　　Alison L. Ruttenberg
**SEAN LANDO**,

　　　Plaintiffs,

v.

**GEOFFREY FEY**,　　　　　　　　　　　　Stephen M. Whitmore

　　　Defendant.

## COURTROOM MINUTES

**HEARING:**　 **RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:  1:03 p.m.**

Court calls case.

Appearances of counsel.

Discussion regarding state court case, claims, defenses, and case schedule.

**ORDERED:**　 Defendant's Motion to Stay or Request for Consolidation [ECF Doc. No. 10], filed March 10, 2015, is **DENIED.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **September 30, 2015.**

Discovery Cut-off: **November 6, 2015.**

Dispositive Motion Deadline: **January 4, 2016.**

Parties shall designate affirmative experts **on or before July 17, 2015.**

Parties shall designate rebuttal experts **on or before August 21, 2015.**

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **Friday, April 22, 2016 at 9:00 a.m.**, before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  **Parties should exchange jury instructions in advance and be prepared to discuss them at this proceeding.**

**6-DAY JURY TRIAL** is set for **Monday , May 16, 2016, at 9:00 a.m.**, before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel shall file a joint motion to request a settlement conference before the Magistrate Judge assigned (Magistrate Judge Craig B. Shaffer).

Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Judge Jackson as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.
**Court in recess:     1:35 p.m.**
**Total time in court:     00:32**